1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LONNIE LEE POSLOFF, JR.,                    No.  2:19-cv-2243 KJN P

12              Plaintiff,

13         v.                                      ORDER

14    DAVID BAUGHMAN, et al.,

15              Defendants.

16

17         On November 6, 2023, plaintiff filed a motion to recover costs.  Plaintiff claims he was

18    "under the impression and was told by defendant's counsel that the filing fees were to be covered

19    by the settlement check once received."  (ECF No. 27 at 2.)  However, the record reflects that this

20    action was settled at a settlement conference on October 27, 2020.  (ECF No. 21.)  Contrary to

21    plaintiff's motion, the stipulation for voluntary dismissal of this action states:  "Each party shall

22    bear its own litigation costs and attorney's fees."  (ECF No. 22 at 2.)  In addition, the stipulation

23    did not state that plaintiff was the prevailing party; rather, the parties settled the matter.

24         Further, on June 30, 2023, plaintiff was informed that the stipulation for dismissal did not

25    incorporate the terms of the settlement agreement or provide that this court retain jurisdiction

26    over the matter.[1]  (ECF No. 26.)

27

28    ─────────────────────

[1]  The judge who held the settlement agreement also stated that plaintiff's settlement proceeds
appear to have been properly disbursed.  (ECF No. 26 at 2 n.1.)

1        For the above reasons, plaintiff's motion is denied.

2        This civil rights action was closed on November 4, 2020.  Plaintiff is advised that

3 documents filed by plaintiff since the closing date will be disregarded and no orders will issue in

4 response to future filings.

5        Accordingly, IT IS HEREBY ORDERED that:

6        1.  Plaintiff's motion (ECF No. 27) is denied; and

7        2.  No orders will issue in response to future filings.

8 Dated:  November 15, 2023

9

10 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11

posl2243.58

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2